# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 0926

VERSUS

WILLIE MACK CAULEY, JR.

OCT 18 2019

In Re:    Willie Mack Cauley, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 593185 & 593186.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** The Clerk of Court of St. Tammany Parish has no record of receiving a *pro se* Motion to Quash, Motion to Suppress, and "preliminary hearing." Relator should file the motion with the clerk of court of the district court before seeking relief from this court.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT